IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cv282

| | |
|---|---|
| WAYNE TAYLOR,<br><br>    Plaintiff,<br><br>Vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | ORDER |

**THIS MATTER** is before the court on defendant's Motion to Stay Summary Judgment Deadlines. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Stay Summary Judgment Deadlines (#22) is **GRANTED,** and defendant's summary judgment deadline is **STAYED** until 10 days after an Order is entered resolving plaintiff's Motion for Remand.

Signed: March 14, 2007

Dennis L. Howell
United States Magistrate Judge